UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CAVIT C. V. CONSORZIO,<br><br>            Plaintiff(s),<br>    v.<br>BROWMAN FAMILY VINEYARDS,<br><br>            Defendant(s).<br>_____/ | No. C 09-04990 MEJ<br><br>**ORDER CLOSING FILE** |

This case is duplicative of the following case: 3:09-cv-02470-JSW *Cavit Cantina Viticoltori Consorzio Cantine Sociali Del Trentino Societa Cooperativa -V- Browman Family Vineyards, Inc.* Accordingly, as this higher-numbered case was initiated due to inadvertent error, the Clerk of Court shall terminate this case. The lowered-numbered case (C-09-2470 JSW) should remain pending.

**IT IS SO ORDERED.**

Dated: October 29, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge